Center For Disability Access
Mark Potter, ESQ., SBN 166317
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; FAX (888) 422-5191

Attorney for Judgment Creditor

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raul Uriarte-Limon,<br>Plaintiff,<br>v.<br><br>Blue Star Gas & Mart, LLC, a California Limited Liability Company; and Does 1-10,<br>Defendants. | Case 5:16-cv-00318-CBM-DTB<br><br>Renewal of Judgment by Clerk |

Upon review of the court files, the application for renewal of judgment, the declarations submitted in support of the renewal of judgment, it is Judgment is renewed for $11,663.55 in favor of plaintiff Raul Uriarte-Limon and against defendants Blue Star Gas & Mart, LLC, a California Limited Liability Company.

1. where $8160.00 was awarded by court via Judgment entered on 12/7/2016.
2. where $675.55 is the interest amount calculated at 0.85% p.a., from the date Judgment was entered on 12/7/2016 to 9/1/2026.
3. Where post judgment costs of $2828.00 was allowed by court on 9/16/2020 (Docket 41) via Memorandum of costs.

Dated: 09/01/2026 By ____________

*Presented by*:
Mark Potter, Esq.
858-375-7385
mark@potterhandy.com
Attorney for Plaintiff